

THE KATZ LAW GROUP LLC

STEPHEN M. KATZ

Email: smk@smk-law.com

Suite 200 • 4799 Olde Towne Parkway
Marietta, Georgia 30068
Telephone: 770.988.8181
Facsimile: 770.988.8182
Internet: www.smk-law.com

October 15, 2010

**VIA ELECTRONIC COURT FILING**

Courtroom Deputy
Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      RE:    RSC Holdings, Inc. v. Charles J. Foster
               USDC SDNY Civil Action No. 1:09-cv-3212

Dear Sir or Madam:

      Pursuant to LR 83.1 E(3), N.D. Ga., this letter serves as notice of my anticipated Leave of Absence for the period of November 6, 2010 through and including November 13, 2010. The purpose of this leave is for family vacation and CLE. I am requesting that the above-styled case not be calendared for any hearing curing the period of absence.

United States District Court
October 15, 2010
Page 2 of 28

Should you have any concerns about this request, please contact me immediately.

> Very truly yours,
>
> *s/Stephen M. Katz*
> STEPHEN M. KATZ
>
> Attorney for Defendant

cc:   Via Electronic Court Filing:

      Jyotin Hamid, Esq.
      Lisa Howley, Esq.
      David Scott Warner, Esq.