Sweet, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RSC HOLDINGS INC., <br><br> Plaintiff, <br><br> - against - <br><br> CHARLES J. FOSTER, <br><br> Defendant. | 09 Civ. 3212 (RWS) <br><br> **STIPULATION OF** <br> **DISCONTINUANCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties herein, through their undersigned counsel of record, AND IT IS HEREBY ORDERED that the above-captioned action, and all claims and counter-claims asserted therein, shall be dismissed with prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure, without costs or attorney's fees to any party.

Dated: October 25, 2010

_____
Jyotin Hamid

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
jhamid@debevoise.com

Attorneys for RSC Holdings Inc.

Dated: October __, 2010

_____
Stephen M. Katz

THE KATZ LAW GROUP
4799 Olde Towne Pkwy
Marietta, GA 30068
Tel.: (770) 988-8181
Fax: (770) 988-8182
smkatz@smk-law.com; Stephen@smk-law.com

Attorney for Charles J. Foster

**So Ordered.**

Dated: 11-22-10

_____
The Hon. Robert W. Sweet
United States District Judge

23296261v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 11-22-10